```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pablo Alejandro Carlo Oquil,

        Plaintiff,

   –v–

National Labor Strategies, L.L.C., *et al.*,

        Defendants.

20-CV-695 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff filed his Complaint on January 24, 2020. Dkt. No. 1. Pursuant to Rule 4(m), Plaintiff was required to serve Defendants on or before April 23, 2020. As of this date, the Court is not in receipt of proof of service on Defendants. Accordingly, by May 11, 2020, Plaintiff shall file proof of service on Defendants, a status update regarding service, or a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

    SO ORDERED.

Dated: May __4__, 2020
       New York, New York

                                        ALISON J. NATHAN
                                      United States District Judge