```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------
PABLO ALEJANDRO CARLO OQUIL,
on behalf of himself, FLSA Collective Plaintiffs,
and the Class,

                      Plaintiff,

-against-

NATIONAL LABOR STRATEGIES, LLC
and HANUL CORPORATION.,

                      Defendants
-----------------------------------------------------------------

Case No.: 20-cv-00695 (AJN)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff PABLO ALEJANDRO CARLO OQUIL are hereby dismissed, without prejudice, in their entirety as against Defendants NATIONAL LABOR STRATEGIES, L.L.C. and HANUL CORPORATION, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: November 23, 2020
       New York, New York

By: /s/ C.K. Lee
    C.K. Lee, Esq.

LEE LITIGATION GROUP, PLLC
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs, and the Class*

**SO ORDERED**:

Dated: 11/25/2020

_/s/ Alison J. Nathan_
Hon. Alison J. Nathan, U.S.D.J